

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00229-CV

---

CASSANDRA LLOYD, APPELLANT

V.

CYPRESS CREEK AT RIVERBEND, APPELLEE

---

On Appeal from the County Court at Law No. 1
Williamson County, Texas[1]
Trial Court No. 21-0927-CC1, Honorable Brandy Hallford, Presiding

---

March 2, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Cassandra Lloyd, proceeding pro se, appeals from the trial court's judgment. Lloyd's brief was originally due November 19, 2021. We subsequently granted Lloyd three extensions to file a brief. By letter of January 18, 2022, we notified Lloyd that the appeal was subject to dismissal for want of prosecution, without further notice, if a

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts. See TEX. GOV'T CODE ANN. § 73.001.

brief was not received by February 18, 2022.  To date, Lloyd has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam